UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEMAINEH BELAYE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SEAFOODS COMPANY, LLC, and NOTHERN HAWK, LLC, in personam; the F/T NORTHERN HAWK, Official Number 643771, her engines, machinery, appurtenances and cargo, in rem;<br><br>Defendants. | No. C06-1392P<br><br>ORDER GRANTING MOTION TO COMPEL INDEPENDENT MEDICAL EXAMINATION |

This matter comes before the Court on the Defendants' motion to compel an independent medical examination. (Dkt. No. 17.)  Plaintiff opposes the motion. (Dkt. No. 19.)  Having considered the motion and response, and Defendant's reply (Dkt. No. 20), the Court GRANTS the motion to compel.  Plaintiff shall appear for an independent medical evaluation with Dr. Charles Brooks on Wednesday, August 1, 2007, at 2:00 p.m.  The IME shall take place at Physiotherapy Associates - Factoria Clinic, 4122 Factoria Blvd., Suite 401, Bellevue, WA 98006.  Plaintiff shall bear the cost of his travel expenses, including hotel and food costs, associated with the IME.  See Wright, Miller, & Marcus, Federal Practice and Procedure § 2234 (2d ed. 1994) ("The party being examined must pay his or her own expenses for coming to the examination and bear the loss of time thus caused.").

Dated: July 31st, 2007.

*/s/ Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

ORDER - 1